FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0233

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0233

_____

FLATHEAD PROPERTIES, L.L.C., a WA L.L.C.,

Plaintiff and Appellant,

v.

FLATHEAD COUNTY, a POLITICAL
SUBDIVISION OF THE STATE OF MONTANA,

Defendant and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Dan Wilson, District Judge.

For the Court,